UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

April 4, 2022
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** ANN MARIE MITCHELL

**Docket #** CR 1:19-716-1(RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
           vs.
STEVEN MONACO
           DEFENDANT PRESENT

**APPEARANCE:**
David Walk, AUSA, and Christina Hud, AUSA, for USA
Gerard Egan, Esq., for Defendant

**NATURE OF PROCEEDINGS:** JURY SELECTION

Trial w/jury moved before the Honorable Robert B. Kugler.
Ordered jurors drawn; jurors drawn.
Ordered jury venire sworn; jury venire sworn.
The Court commenced voir dire of jury.
Jury venire not present.
Hearing on [114] in limine motion.
Voir dire of jury continued.

Ordered trial w/jury adjourned to April 5 at 9:00AM.


Time commenced:  9:00AM        Time Adjourned: 3:45 PM        Total Time:  2:00

Lawrence MacStravic
DEPUTY CLERK

**cc: Chambers**