# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

April 5, 2022
**DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:** ANN MARIE MITCHELL

**Docket #** CR 1:19-716-1(RBK)

**TITLE OF CASE:**
UNITED STATES OF AMERICA
             vs.
STEVEN MONACO
         DEFENDANT PRESENT

**APPEARANCE:**
David Walk, AUSA, and Christina Hud, AUSA, for USA
Gerard Egan, Esq., for Defendant

**NATURE OF PROCEEDINGS:**   JURY SELECTION COMPLETED; JURY TRIAL

Trial w/jury continued before the Honorable Robert B. Kugler.
The Court continued voir dire of jury.
Voir dire of jury completed.
Number of Jurors: 12
Number of Alternates: 2
Number of Challenges: 35
Ordered jury sworn; jury sworn.
Preliminary instructions read by Court.
David Walk, AUSA, provided opening remarks for Government.
Gerard Egan, Esq., provided opening remarks for Defendant.

Ordered trial w/jury adjourned to April 6, 2022 at 9:00AM.

Time commenced:  9:20AM     Time Adjourned:  2:00PM     Total Time:  4:40

Lawrence MacStravic
DEPUTY CLERK

**cc: Chambers**