UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JURY NOTE**

CASE NO:   CR. 19-716-1 (RBK)                                    DATE: 4/13/22

NAME OF CASE:   USA v. STEVEN MONACO

Question: What is the evidence for May 1, 2015?

Counts 7 & 8 seem to be saying the same exact thing. Can you please clarify?

_____
SPOKESPERSON

Court Exhibit No.:   C-1