UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JURY NOTE**

CASE NO: CR. 19-716-1 (RBK)   DATE: 4/14/22

NAME OF CASE: USA v. STEVEN MONACO

\* We the jury cannot reach a unanimous decision on most of the counts.

\* How long does the jury have for deliberations if one individual refuses to analyze the evidence and is using the fact that there are plea agreements to sway his verdicts.

\*

———————————
SPOKESPERSON

Court Exhibit No.: C-2