UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JURY NOTE**

**CASE NO:** CR. 19-716-1 (RBK)  **DATE:** 4/14/22

**NAME OF CASE:** USA v. STEVEN MONACO

We will not be coming to a unanimous verdict because <u>one</u> juror stated he will <u>not</u> be open to changing his mind on <u>all</u> counts. He is not using an open mind at all.

                                                              SPOKESPERSON

Court Exhibit No.: C-3