UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**JURY NOTE**

CASE NO: CR. 19-716-1 (RBK)                    DATE: 4/14/22

NAME OF CASE: USA v. STEVEN MONACO

Your Honor:

The jury has decided that we would like to come back Tuesday. We are done for the day. Thank You!

_____
SPOKESPERSON

Court Exhibit No.: C-4