UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Honorable Robert B. Kugler |
| v. | : | Criminal No. 19-716 (RBK) |
| | : | |
| STEVEN MONACO | : | <u>VERDICT SHEET</u> |
| Defendant | | |

## **COUNT ONE**

With respect to Count One, which charges Defendant Steven Monaco with conspiring and agreeing with one or more other persons to commit health care fraud and wire fraud from in or about January 2014 through in or about April 2016, in violation of Title 18, United States Code, Section 1349, we, the unanimous jury, find:

Defendant Steven Monaco:

NOT GUILTY _____   GUILTY ✓

*Proceed to the next count*

## COUNT TWO

With respect to Count Two, which charges Defendant Steven Monaco with health care fraud by knowingly and willfully executing a scheme to defraud a health care benefit program and obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program in connection with the delivery of and payment for health care benefits, items, and services on March 23, 2015, in violation of Title 18, United States Code, Section 1347, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

Defendant Steven Monaco:

NOT GUILTY \_\_\_\_\_    GUILTY  ✓

*Proceed to the next count*

## COUNT THREE

With respect to Count Three, which charges Defendant Steven Monaco with health care fraud by knowingly and willfully executing a scheme to defraud a health care benefit program and obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program in connection with the delivery of and payment for health care benefits, items, and services on March 16, 2015, in violation of Title 18, United States Code, Section 1347, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

Defendant Steven Monaco:

NOT GUILTY \_\_\_\_\_     GUILTY ✓

*Proceed to the next count*

## COUNT FOUR

With respect to Count Four, which charges Defendant Steven Monaco with health care fraud by knowingly and willfully executing a scheme to defraud a health care benefit program and obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program in connection with the delivery of and payment for health care benefits, items, and services on May 1, 2015, in violation of Title 18, United States Code, Section 1347, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

    Defendant Steven Monaco:

        NOT GUILTY \_\_\_\_    GUILTY ✓\_\_\_\_

*Proceed to the next count*

## COUNT FIVE

With respect to Count Five, which charges Defendant Steven Monaco with health care fraud by knowingly and willfully executing a scheme to defraud a health care benefit program and obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program in connection with the delivery of and payment for health care benefits, items, and services on December 23, 2015, in violation of Title 18, United States Code, Section 1347, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

Defendant Steven Monaco:

NOT GUILTY _____     GUILTY ✓

*Proceed to the next count*

## **COUNT SIX**

With respect to Count Six, which charges Defendant Steven Monaco with health care fraud by knowingly and willfully executing a scheme to defraud a health care benefit program and obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program in connection with the delivery of and payment for health care benefits, items, and services on July 29, 2015, in violation of Title 18, United States Code, Section 1347, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

Defendant Steven Monaco:

NOT GUILTY \_\_\_\_     GUILTY ✓

*Proceed to the next count*

## **COUNT SEVEN**

With respect to Count Seven, which charges Defendant Steven Monaco with health care fraud by knowingly and willfully executing a scheme to defraud a health care benefit program and obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program in connection with the delivery of and payment for health care benefits, items, and services on December 10, 2015, in violation of Title 18, United States Code, Section 1347, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

    Defendant Steven Monaco:

        NOT GUILTY \_\_\_\_\_    GUILTY **✓**

*Proceed to the next count*

## COUNT EIGHT

With respect to Count Eight, which charges Defendant Steven Monaco with health care fraud by knowingly and willfully executing a scheme to defraud a health care benefit program and obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program in connection with the delivery of and payment for health care benefits, items, and services on December 10, 2015, in violation of Title 18, United States Code, Section 1347, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

    Defendant Steven Monaco:

        NOT GUILTY _____   GUILTY ✓

*Proceed to the next count*

## COUNT FOURTEEN

With respect to Count Fourteen, which charges Defendant Steven Monaco with health care fraud by knowingly and willfully executing a scheme to defraud a health care benefit program and obtain, by means of false and fraudulent pretenses, representations, and promises, money and property owned by, or under the custody and control of, a health care benefit program in connection with the delivery of and payment for health care benefits, items, and services on July 28, 2015, in violation of Title 18, United States Code, Section 1347, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

Defendant Steven Monaco:

NOT GUILTY \_\_\_\_\_    GUILTY ✓\_\_\_

*Proceed to the next count*

## COUNT FIFTEEN

With respect to Count Fifteen, which charges Defendant Steven Monaco with wire fraud by knowingly and with fraudulent intent transmitting and causing to be transmitted by means of wire communications in interstate commerce a fax transmission of a prescription for Esha Kaplan to Central Rexall Drugs on June 1, 2015, in violation of Title 18, United States Code, Section 1343, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

    Defendant Steven Monaco:

        NOT GUILTY \_\_\_\_\_   GUILTY ✓

*Proceed to the next count*

## COUNT SIXTEEN

With respect to Count Sixteen, which charges Defendant Steven Monaco with wire fraud by knowingly and with fraudulent intent transmitting and causing to be transmitted by means of wire communications in interstate commerce a fax transmission of a prescription for Linda Lerner to Central Rexall Drugs on June 1, 2015, in violation of Title 18, United States Code, Section 1343, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

Defendant Steven Monaco:

NOT GUILTY \_\_\_\_    GUILTY  ✓

*Proceed to the next count*

## COUNT SEVENTEEN

With respect to Count Seventeen, which charges Defendant Steven Monaco with wire fraud by knowingly and with fraudulent intent transmitting and causing to be transmitted by means of wire communications in interstate commerce a fax transmission of a prescription for Seth Diamond to Central Rexall Drugs on June 1, 2015, in violation of Title 18, United States Code, Section 1343, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

Defendant Steven Monaco:

NOT GUILTY \_\_\_\_\_    GUILTY ✓

*Proceed to the next count*

## **COUNT EIGHTEEN**

With respect to Count Eighteen, which charges Defendant Steven Monaco with wire fraud by knowingly and with fraudulent intent transmitting and causing to be transmitted by means of wire communications in interstate commerce a fax transmission of a prescription for Steve Lerner to Central Rexall Drugs on June 29, 2015, in violation of Title 18, United States Code, Section 1343, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

    Defendant Steven Monaco:

        NOT GUILTY \_\_\_\_\_   GUILTY  ✓

*Proceed to the next count*

## **COUNT NINETEEN**

With respect to Count Nineteen, which charges Defendant Steven Monaco with wire fraud by knowingly and with fraudulent intent transmitting and causing to be transmitted by means of wire communications in interstate commerce a fax transmission of a prescription for Maria Rabinowitz to Central Rexall Drugs on December 29, 2015, in violation of Title 18, United States Code, Section 1343, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

    Defendant Steven Monaco:

        NOT GUILTY \_\_\_\_\_    GUILTY  ✓

*Proceed to the next count*

## **COUNT TWENTY**

With respect to Count Twenty, which charges Defendant Steven Monaco with wire fraud by knowingly and with fraudulent intent transmit and cause to be transmitted by means of wire communications in transmitting and causing a fax transmission of a prescription for Gary Rabinowitz to Central Rexall Drugs on December 29, 2015, in violation of Title 18, United States Code, Section 1343, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

Defendant Steven Monaco:

NOT GUILTY \_\_\_\_\_    GUILTY ✓

*Proceed to the next count*

## COUNT TWENTY-ONE

With respect to Count Twenty-One, which charges Defendant Steven Monaco with wire fraud by knowingly and with fraudulent intent transmitting and causing to be transmitted by means of wire communications in interstate commerce a fax transmission of a prescription for Scott Chacker to Central Rexall Drugs on July 28, 2015, in violation of Title 18, United States Code, Section 1343, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

    Defendant Steven Monaco:

        NOT GUILTY _____   GUILTY ✓

*Proceed to the next count*

## **COUNT TWENTY-TWO**

With respect to Count Twenty-Two, which charges Defendant Steven Monaco with wire fraud by knowingly and with fraudulent intent transmitting and causing to be transmitted by means of wire communications in interstate commerce a fax transmission of a prescription for Scott Chacker to Central Rexall Drugs on December 2, 2015, in violation of Title 18, United States Code, Section 1343, and Title 18, United States Code, Section 2, we, the unanimous jury, find:

Defendant Steven Monaco:

NOT GUILTY \_\_\_\_\_    GUILTY  ✓

*Proceed to the next count*

## **COUNT TWENTY-THREE**

With respect to Count Twenty-Three, which charges Defendant Steven Monaco, with conspiring and agreeing with one or more other persons to violate the Anti-Kickback Statue, Title 42, United States Code, Section 1320a-7b, and the Travel Act, Title 18, United States Code, Section 1952, from in or about November 2013 through in or about March 2016, in violation of Title 18, United States Code, Section 371, we, the unanimous jury, find:

    Defendant Steven Monaco:

        NOT GUILTY \_\_\_\_\_   GUILTY ✓

DATE:

4-19-2022

SPOKESPERSON _____