DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>STEVEN MONACO<br><br>Defendant(s). | Criminal No.  19-716 (RBK)<br><br>**SENTENCING SUBMISSION NOTICE OF DEFENDANT** |

Please be advised that on September 28, 2022 and September 30, 2022, defendant Steven Monaco submitted supplemental sentencing materials to the Court in this case.

Date:  September 30, 2022

By:  /s/ Rita M. Glavin