**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE**                                          October 3, 2022
                                                          **DATE OF PROCEEDINGS**

**JUDGE: ROBERT B. KUGLER**

**COURT REPORTER:**   JOHN KURZ

**OTHERS:**   Matthew Hulick and Kimaya Coursey, U.S. Probation

                                        **Docket #** CR. 1:19-716-001 (RBK)

**TITLE OF CASE**:
UNITED STATES OF AMERICA
                vs.
STEVEN MONACO
                **DEFT PRESENT**

**APPEARANCE:**
David Walk, AUSA, and Christina Hud, AUSA, for USA
Rita Glavin, Esq., and Katherine Petrino, Esq., for Defendant

**NATURE OF PROCEEDINGS:**    SENTENCING HEARING ON INDICTMENT

SENTENCE: Imprisonment for 168 months on each of Counts 1 and 15-22 of the Indictment,
and for a term of 60 months on each of Counts 2-8, 14, and 23 of the Indictment, all such
terms to run concurrently.
SUPERVISED RELEASE: 3 years on each of Counts 1-8 and 14-23 of the Indictment, all
terms to run concurrently.
FINE: waived.
RESTITUTION:  $4,692,945.30
SPECIAL ASSESSMENT:  $1800.00.

Defendant advised of right to appeal.
Court recommends that the BOP designate defendant to a facility as close as possible to his
home address.   Court also recommends that the BOP evaluate defendant for participation in a
drug and alcohol treatment program while incarcerated.
Ordered bail revoked and defendant remanded to the custody of the United States Marshals
Service.

Time commenced: 10:00AM     Time Adjourned: 12:40PM        Total Time:   2:40

                                        Lawrence MacStravic
**cc: Chambers**                          DEPUTY CLERK